UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG MAY, et al.<br><br>            Plaintiff,<br><br>  v.<br><br>MINT MOBILE, LLC, et al.,<br><br>            Defendants. | Case No. 8:25-cv-00731-SRM-KES<br><br>**ORDER REGARDING JOINT STATUS REPORT [33] AND DENYING WITHOUT PREJUDICE MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT [25]** |

    Upon the parties' stipulated request, on September 15, 2025, the Court stayed this action "pending mediation, which shall take place on or before November 30, 2025." Dkt. 32 at 1. On November 7, 2025, the parties filed a Joint Status Report. Dkt. 33. The parties state they participated in mediation on October 24, 2025, and that their mediation discussions are ongoing. *Id.* at 2. They request "that the stay be continued an additional 14 days so that they may continue their productive discussions." *Id.*

    The Court need not continue the stay because the stay was not conditioned on the mere participation in mediation. *See* Dkt. 32 at 1. To clarify, this action will remain stayed until the conclusion of mediation. The parties must file a status report every 30 days apprising the Court of the status of mediation, the first of which is due by December 8, 2025. When mediation has concluded, the parties must file a joint status report within

14 days of that date informing the Court of whether mediation was successful, and whether the stay should be lifted. Moreover, the pending Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is **DENIED WITHOUT PREJUDICE** subject to refiling. Dkt. 25.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE